Todd Blanche
Acting Attorney General of the United States
Brandon L. Pang
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AVERY DOMOND BROOKS, <br><br> Defendant. | 4:26-CR-6014-MKD <br><br> INDICTMENT <br><br> Vio.: 18 U.S.C. §§ 922(g)(1), 924(a)(8) <br> Felon in Possession of a Firearm <br><br> 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) <br> Forfeiture Allegations |

The Grand Jury charges:

On or about December 13, 2025, in the Eastern District of Washington, the Defendant, AVERY DOMOND BROOKS, knowing of his status as a person convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Hi-Point model C9, 9mm pistol, bearing serial number P10011894, which firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, AVERY DOMOND BROOKS, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Hi-Point model C9, 9mm pistol, bearing serial number P10011894 and loaded ammunition.

DATED this _15_ day of April, 2026.

A TRUE BILL

Todd Blanche
Acting Attorney General of the United

Alison Gregoire
Criminal Chief

Annika Tangvald for
Brandon L. Pang
Assistant United States Attorney

INDICTMENT – 2